CHARLES H. CLUTE, Respondent, *v.* THE CITY OF ALBANY, Appellant.

(Argued February 25, 1880 ; decided March 9, 1880.)

*N. P. Hinman* for appellant.

*Esek Cowen* for respondent.

AGREE to affirm on opinion below.

All concur.

Judgment affirmed.

---

JOSEPH BAKER, Plaintiff in Error, *v.* THE PEOPLE OF THE STATE OF NEW YORK, Defendant in Error.

(Argued March 1, 1880 ; decided March 9, 1880.)

*Peter Mitchell* for plaintiff in error.

*Benj. K. Phelps* for defendant in error.

AGREE to affirm without opinion.

All concur.

Judgment affirmed.